**Electronically Filed**
**Supreme Court**
**SCWC-18-0000380**
**12-AUG-2022**
**02:27 PM**
**Dkt. 27 OGAC**

SCWC-18-0000380

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PHH MORTGAGE CORPORATION,
Respondent/Plaintiff-Appellee,

vs.

ASSOCIATION OF APARTMENT OWNERS OF ELIMA LANI CONDOMINIUMS,
Petitioner/Defendant-Appellant,

and

JOHN C. PATTERSON; FENNY J.M. PATTERSON;
STATE OF HAWAIʻI DEPARTMENT OF TAXATION;
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000380; CIV. NO. 3CC14100121K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Association of

Apartment Owners of Elima Lani Condominium's application for

writ of certiorari filed on June 22, 2022, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, August 12, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

